UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


NICHOLAS MARTIN DUBRAVEC,

       Plaintiff,

                                    Case No. 1:25-cv-1904

v.

                                      HON. JANE M. BECKERING

DONNA RINNAS, et al.,

       Defendants.

_____/


## ORDER

This is a civil action filed by a *pro se* litigant.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 7) on January 5, 2026, recommending that the Court dismiss Plaintiff's complaint[1] for failure to state a claim and lack of subject matter jurisdiction.  The Magistrate Judge also recommended that, should Plaintiff appeal the decision, the Court assess the $605.00 appellate filing fee.  The Report and Recommendation was duly served on Plaintiff.[2]  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's Complaint is DISMISSED for failure to state a claim and lack of subject matter jurisdiction.

---

[1] On January 9, 2026, Plaintiff filed an unsigned Amended Complaint (ECF No. 8).  A Conditional Order Striking (ECF No. 9) was entered, warning Plaintiff that the Amended Complaint would be deemed automatically stricken from the record unless he filed a signature page within 21 days of the order.  A review of the court record reveals that no such signature page has been filed.  Since the unsigned Amended Complaint (ECF No. 8) has been stricken, the Court declines to consider the filing.

[2] Plaintiff is the only party that has appeared in the case at this time.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3)

that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.


Dated: February 13, 2026                                   /s/ Jane M. Beckering
                                                          JANE M. BECKERING
                                                          United States District Judge